

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GUSTAVO VALENCIA, | § | No. 08-16-00165-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05521) |

### O R D E R

The Court has received and filed the supplemental clerk's record requested in this Court's order issued November 30, 2016. The appeal is therefore reinstated, and the Reporter's Record shall be due in this office on or before February 16, 2017.

IT IS SO ORDERED this 17th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.